**Andrew S. Nemeth (015509)**
**PHILLIPS & ASSOCIATES**
3030 North Third Street, Suite 1100
Phoenix, Arizona 85012
Tel: (602) 258-8900
Fax: (602) 230-2027
eMail: anemeth@phillipslaw.ws

Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| In Re: | Chapter 13 |
|---|---|
| JAMES H. NORRIS and ANNA M. WEST, | Case No. 2-05-bk-12254-GBN |
| Debtors. | **NOTICE OF DATE TO FILE OBJECTIONS TO CHAPTER 13 PLAN AND APPLICATION FOR PAYMENT OF ADMINISTRATIVE EXPENSE** |

NOTICE IS HEREBY GIVEN that the Debtors have filed a Chapter 13 Plan and Application for Payment of Administrative Expense (the "Plan"), and that pursuant to an Order of this Court, confirmation is governed by the following requirements:

1. Any objection to the Plan must be in writing, filed with the Clerk and copies served on the following parties no later than **October 16, 2005:**

| | |
|---|---|
| Clerk U.S. Bankruptcy Court | Russell A. Brown, Trustee |
| 230 N. First Ave. #101 | P.O. Box 33970 |
| Phoenix, AZ 85003 | Phoenix, AZ 85067 |
| https://ecf.azb.uscourts.gov | |
| | |
| James Norris & Anna West | Andrew S. Nemeth, Esq. |
| 724 N. 66th Pl. | 3030 N. Third St. #1100 |
| Mesa, AZ 85205 | Phoenix, AZ 85012 |

2. The Trustee's written recommendation is to be filed within 30 days after the above date to file objections to the Plan.

3. If no objections are filed and served on the parties listed above, and the Trustee recommends confirmation, the Plan can be confirmed without a hearing.

4. If objections are filed and/or if the Trustee does not recommend confirmation, the Plan can be confirmed without a hearing provided the Trustee and all objecting parties agree to a stipulated order confirming; if unable to so agree, Debtor's counsel will give notice of a confirmation hearing to the Trustee, the Debtor, and each objecting party.

DATE: July 12, 2005        PHILLIPS & ASSOCIATES

By: /s/ ASN 015509
Andrew S. Nemeth
3030 N. 3rd St. #1100, Phoenix, AZ 85012

-1-