# TIFFANY & BOSCO
## P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

05-02429/9000086731

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| IN RE: | No. 2:05-bk-12254-GBN |
|---|---|
| James H. Norris and Anna M. West | Chapter 13 |
| Debtors. | NOTICE OF APPEARANCE AND REQUEST FOR NOTICE |

Mortgage Electronic Registration Systems, Inc. by Mortgage Lenders Network USA, by and through its undersigned attorneys, hereby gives notice of its appearance in these proceedings, and requests that the name and address of its attorneys be added to the mailing list in this matter, and that all future notices which creditors are entitled to receive be mailed to said attorneys.

DATED this 13th day of July, 2005.

Respectfully submitted,

TIFFANY & BOSCO, P.A.

BY  /s/ MSB # 010167  (MSB)
Mark S. Bosco
Leonard J. McDonald
Attorneys for Movant

COPY of the foregoing mailed
July 13, 2005 to:

James H. Norris and Anna M. West
724 N. 66th Place
Mesa, AZ 85205
Debtors

Andrew S. Nemeth
3030 N. 3rd St., #1100
Phoenix, AZ 85012
Attorney for Debtors

Russell A. Brown
P.O. Box 33970
Phoenix, AZ 85067-3970
Trustee

Mortgage Lenders Network USA, Inc.
132 Welsh Road, Ste. 100
Horsham, PA 19044
Movant

By Kristine Berry