Alan M. Levinsky
ANDERSON BRODY BUCHALTER NEMER
4600 East Shea Boulevard, Suite 100
Phoenix, AZ 85028-6031
Telephone: (602) 234-0563
Facsimile: (602) 234-2952
Email: alevinsky@buchalter.com

Attorneys for Creditor

IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA

| In re: | ) | **Chapter 13** |
|---|---|---|
| | ) | |
| | ) | **No. 2:05-bk-12254 GBN** |
| | ) | |
| JAMES H. NORRIS and | ) | **NOTICE OF APPEARANCE** |
| ANNA M. WEST, | ) | |
| | ) | |
| | ) | |
| Debtors, | ) | |

COMES NOW the Creditor FORD MOTOR CREDIT COMPANY, by and through its attorneys, ANDERSON BRODY BUCHALTER NEMER, and gives notice of their appearance and requests that their attorneys ANDERSON BRODY BUCHALTER NEMER, 4600 East Shea Blvd., Suite 100, Phoenix, Arizona 85028, (602) 234-0563, be added to the mailing list in this matter and that all further notices, which Creditors are entitled to receive be delivered to said attorneys.

DATED: July _22nd__, 2005        ANDERSON BRODY BUCHALTER NEMER


By: /s/ AML - #006702
    Alan M. Levinsky
    4600 East Shea Boulevard, Suite 100
    Phoenix, AZ 85028-6031
    Attorneys for Creditor

F3068.0738 BNFY 620482v1

| | |
|---|---|
| 1 | Copy of the foregoing mailed<br>this __22nd___ day of July, 2005, to: |
| 2 | |
| 3 | James H. Norris<br>Anna M. West<br>724 N. 66th Place |
| 4 | Mesa, Arizona 85205<br>Debtors |
| 5 | |
| 6 | Andrew Nemeth<br>3030 N. Third St., #1100<br>Phoenix, Arizona 85012 |
| 7 | Attorney for Debtors |
| 8 | Russell A. Brown<br>P.O. Box 33970 |
| 9 | Phoenix, Arizona 85067<br>Trustee |
| 10 | |
| 11 | /s/ Cathy C. Bohnsack |

F3068.0738 BNFY 620482v1                                         2