Alan M. Levinsky (SBN: 006702)
ANDERSON BRODY BUCHALTER NEMER
4600 East Shea Boulevard, Suite 100
Phoenix, AZ 85028-6031
Telephone: (602) 234-0563
Facsimile: (602) 234-2952
Email: alevinsky@buchalter.com

Attorneys for Creditor

IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>JAMES N. NORRIS and<br>ANNA M.WEST,<br><br>Debtors, | **Chapter 13**<br><br>No.: 2:05-bk-12254 GBN<br><br>**MOTION FOR INTERIM COMPENSATION AS AND FOR ADEQUATE PROTECTION** |

COMES NOW Secured Creditor, FORD MOTOR CREDIT COMPANY, ("FORD"), by and through its attorney Alan M. Levinsky, and hereby moves the Court for an Order Granting Interim Compensation As and For Adequate Protection and as grounds therefor states as follows:

1. On July 6, 2005, the above-named Debtors filed a Chapter 13 under the United States Bankruptcy Code.

2. The Debtors have proposed to pay FORD for the 2002 FORD FOCUS, VIN: 3FAFP37322R173891, through their Chapter 13 Plan.

3. As of this date, the Debtors' Chapter 13 plan has not been confirmed. The Debtors' account with FORD is now past due. Thus, the Debtors have had the use of the subject vehicle for several months and has not received any compensation to protect against the depreciation of the vehicle.

4. FORD seeks Adequate Protection in the sum of $105.00 per month from month one of the Plan from funds held in trust by the Chapter 13 Trustee to cover the Debtors' use of and

F3068.0738 BNFY 620492v1

possession of the subject vehicle from the date of fling this case until disbursement of regular Plan payment.

    5.    FORD request that the Trustee upon entry of this Order begin making the Adequate Protection payments and continue making them until regular payments begin under the Confirmed Plan.

    6.    All such distributions are to be credited toward the amount to be received by FORD through the Chapter 13 Plan in accordance with the Trustee's regular payment schedules and interest calculations. The Trustee shall also be entitled to his statutory fees regarding distributions.

    7.    It is also requested that the Order be incorporated into the final Confirmation Order.

RESPECTFULLY SUBMITTED this _ 22nd_ day of July, 2005.

ANDERSON BRODY BUCHALTER NEMER

By: _____ /s/ AML - #006702 _____
    Alan M. Levinsky
    4600 East Shea Boulevard, Suite 100
    Phoenix, AZ 85028-6031
    Attorneys for Creditor

F3068.0738 BNFY 620492v1

-2-

| | |
|---|---|
| 1 | COPY of the foregoing mailed<br>this _22nd_ day of July, 2005, to: |
| 2 | |
| 3 | James H. Norris<br>Anna M. West |
| 4 | 724 N. 66th Place<br>Mesa, Arizona 85205<br>Debtors |
| 5 | |
| 6 | Andrew Nemeth<br>3030 N. Third St., #1100 |
| 7 | Phoenix, Arizona 85012<br>Attorney for Debtors |
| 8 | Russell A. Brown |
| 9 | P.O. Box 33970<br>Phoenix, Arizona 85067<br>Trustee |
| 10 | |
| 11 | /s/ Cathy C. Bohnsack |

F3068.0738 BNFY 620492v1    -3-