Alan M. Levinsky (SBN: 006702)
ANDERSON BRODY BUCHALTER NEMER
4600 East Shea Boulevard, Suite 100
Phoenix, AZ 85028-6031
Telephone: (602) 234-0563
Facsimile: (602) 234-2952
Email: alevinsky@buchalter.com

Attorneys for Creditor

# IN THE UNITED STATES BANKRUPTCY COURT

## IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>JAMES N. NORRIS and<br>ANNA M. WEST,<br><br>Debtors, | **Chapter 13**<br><br>**No.: 2:05-bk-12254 GBN**<br><br>**NOTICE OF FILING MOTION FOR INTERIM COMPENSATION AS AND FOR ADEQUATE PROTECTION** |

NOTICE IS HEREBY GIVEN that FORD MOTOR CREDIT COMPANY ("FORD") has filed a Motion for Interim Compensation requesting that the Trustee in this matter make interim payments as and for adequate protection to FORD with respect to the 2002 FORD FOCUS, VIN: 3FAFP37322R173891.

A copy of said Motion is on file with the United States Bankruptcy Court, 230 North First Avenue, Phoenix, Arizona, and is available for review by any interested party.

FURTHER, NOTICE IS GIVEN that if no written Objection is filed with the Court, and a copy served on the parties to this Motion, whose address is shown below:

**ALAN M. LEVINSKY**
**ANDERSON BRODY BUCHALTER NEMER**
**4600 East Shea Blvd., Suite 100**
**Phoenix, Arizona 85028**

within FIFTEEN (15) days of the service of this Notice, the Court may enter its Order granting this Motion for Interim Payments without further notice.

F3068.0738 BNFY 620494v1

DATED this _22nd_ day of July, 2005.

ANDERSON BRODY BUCHALTER NEMER

By: /s/ AML - #006702
Alan M. Levinsky
4600 East Shea Boulevard, Suite 100
Phoenix, AZ 85028-6031
Attorneys for Movant

COPY of the foregoing mailed
this _22nd_ day of July, 2005, to:

James H. Norris
Anna M. West
724 N. 66th Place
Mesa, Arizona 85205
Debtors

Andrew Nemeth
3030 N. Third St., #1100
Phoenix, Arizona 85012
Attorney for Debtors

Russell A. Brown
P.O. Box 33970
Phoenix, Arizona 85067
Trustee

/s/ Cathy C. Bohnsack