| | |
|---|---|
| 1 | **SHAPIRO & KREISMAN, L.L.P.**<br>3300 N. Central Avenue, #2200 |
| 2 | Phoenix, Arizona 85012<br>(602) 222-5711 |
| 3 | (602) 222-5701 Facsimile<br>AZNotices@logs.com e-mail |
| 4 | Jason P. Sherman, Bar #019999<br>Attorney for Mortgage Electronic |
| 5 | Registration Systems, Inc. as nominee<br>for FNLC  Financial Services, Inc c/o |
| 6 | Chase Home Finance LLC as servicing<br>agent |
| 7 | [FILE 08-5021 ADV] |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | Case # 2-05-12254-GBN |
| JAMES H. NORRIS AND ANNA M. WEST, | Chapter 13 |
| Debtors. | **NOTICE OF APPEARANCE**<br>and Request for Notice |

Notice is hereby given that the law firm of Shapiro & Kreisman makes an appearance as the attorneys of record for Mortgage Electronic Registration Systems, Inc. as nominee for FNLC  Financial Services, Inc c/o Chase Home Finance LLC as servicing agent. Request is hereby made for the following information to be added to the master mailing list, and that a copy of any notice in this case be sent to:

```
File 08-5021 ADV                 Loan # 20410551
Shapiro & Kreisman, L.L.P.       Chase Home Finance LLC,
3300 N. Central Avenue, #2200    10790 Rancho Bernardo Road
Phoenix, Arizona 85012           San Diego, CA 92127
```

NOTICE OF APPEARANCE　　　　　　　　　　PAGE 1　　　　　　　　　　CASE # 2-05-12254-GBN

DATED this 10th day of August, 2005.

                                        /s/ JPS Bar #019999
                                        Jason P. Sherman
                                        Attorney for Mortgage
                                        Electronic Registration
                                        Systems, Inc. as nominee for
                                        FNLC Financial Services, Inc
                                        c/o Chase Home Finance LLC as
                                        servicing agent

Original filed this 10 day
of August, 2005 with:

United States Bankruptcy Court
230 N. First Ave., Suite 101
Phoenix, AZ 85003-1706

Copy of the foregoing was mailed
this 10 day of August, 2005 to:

Chapter 13 Trustee:
Russell A. Brown
P.O. Box 33970
Phoenix, AZ 85067-3970

Attorney for Debtors:
Andrew S. Nemeth, Esq.
3030 N. 3rd Street #1100
Phoenix, AZ 85012


By /s/ JPS Bar #019999