| | |
|---|---|
| 1<br>2<br>3<br>4 | Alan M. Levinsky (SBN: 006702)<br>ANDERSON BRODY BUCHALTER NEMER<br>4600 East Shea Boulevard, Suite 100<br>Phoenix, AZ 85028-6031<br>Telephone: (602) 234-0563<br>Facsimile: (602) 234-2952<br>Email: alevinsky@buchalter.com |
| 5 | Attorneys for Movant |

<br>

IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>JAMES N. NORRIS and<br>ANNA M. WEST,<br><br>Debtor(s),<br><br>FORD MOTOR CREDIT COMPANY,<br><br>Movant,<br><br>vs.<br><br>JAMES N. NORRIS and<br>ANNA M. WEST,<br><br>Debtors. | **Chapter 13**<br><br>**No. 2:05-bk-12254-GBN**<br><br>**CERTIFICATION OF SERVICE<br>AND OF NO OBJECTION RE<br>MOTION FOR INTERIM<br>COMPENSATION AS AND FOR<br>ADEQUATE PROTECTION** |

**TO DEBTORS, DEBTORS' COUNSEL, THE TRUSTEE**

**AND OTHER PARTIES-IN-INTEREST:**

PURSUANT to Local Rules of the United States Bankruptcy Court, Rule No. 4001-1(d), Movant is hereby filing this Certification of Service and of No Objection with respect to its previously filed Motion for Interim Compensation as and for Adequate Protection. Movant certifies that on July 22, 2005, Movant served, pursuant to Local Rules of the United States Bankruptcy Court, Rule No. 4001-1(d), a copy of its Motion for Interim Compensation as and for Adequate Protection, the Notice of Filing of the Motion and the proposed form of Order upon the

F3068.0738 BNFY 640326v1

1 | Debtors, Debtors' Attorney, ANDREW NEMETH and upon the Trustee, RUSSELL A. BROWN.

PURSUANT to Local Rules of the United States Bankruptcy Court, Rule No. 4001-1(d), Movant hereby filed its certification that no objection has been received to Movant's Motion for Interim Compensation as and for Adequate Protection and that this certification is being made at least three (3) days after the last day for objection.

RESPECTFULLY SUBMITTED this _ 12th__ day of August, 2005.

                ANDERSON BRODY BUCHALTER NEMER

                By: /s/ AML - #006702
                   Alan M. Levinsky
                   4600 East Shea Boulevard, Suite 100
                   Phoenix, AZ 85028-6031
                   Attorneys for Movant

Copy of the foregoing mailed
this __15th__ day of August, 2005, to:

James H. Norris
Anna M. West
724 N. 66th Place
Mesa, Arizona 85205
Debtors

Andrew Nemeth
3030 N. Third St., #1100
Phoenix, Arizona 85012
Attorney for Debtors

Russell A. Brown
P.O. Box 33970
Phoenix, Arizona 85067
Trustee


/s/ Jeannie Jacques

F3068.0738 BNFY 640326v1        -2-