**IT IS SO ORDERED.**



**Dated: August 15, 2005**

_____

**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**

_____

1  Alan M. Levinsky (SBN: 006702)
   ANDERSON BRODY BUCHALTER NEMER
2  4600 East Shea Boulevard, Suite 100
   Phoenix, AZ 85028-6031
3  Telephone: (602) 234-0563
   Facsimile: (602) 234-2952
4  Email: alevinsky@buchalter.com

5  Attorneys for Creditor

6

7            IN THE UNITED STATES BANKRUPTCY COURT

8               IN AND FOR THE DISTRICT OF ARIZONA

   In re:                                    Chapter 13
9

10 JAMES N. NORRIS and                       No.: 2:05-bk-12254 GBN
   ANNA M. WEST,
11                                            ORDER GRANTING MOTION FOR
                                              INTERIM COMPENSATION AS AND FOR
12              Debtors,                      ADEQUATE PROTECTION

13

14        This matter having come before this Court and pursuant to the Motion For Interim

15 Compensation As And For Adequate Protection regarding the Debtors' 2002 FORD FOCUS,

16 VIN: 3FAFP37322R173891 and the Court having reviewed said Motion and finding that relief

17 should issue hereby Orders as follows:

18        IT IS HEREBY ORDERED, ADJUDGED AND DECREED that FORD MOTOR

19 CREDIT COMPANY ("FORD") shall receive the sum of $105.00 per month from month one of

20 the Plan from funds held in trust by the Chapter 13 Trustee to cover the Debtors' use of and

21 possession of the subject vehicle from the date of fling this case until disbursement of regular

22 Plan payment.

23        IT IS FURTHER ORDERED ADJUDGED AND DECREED that the Trustee upon entry

24 of this Order begin making the Adequate Protection payments in the amount of $105.00,

25 calculated from month one of the Plan and continue making them until regular payments begin

26 under the Confirmed Plan.

F3068.0738 BNFY 620498v1



1　　　　All such distributions are to be credited toward the amount to be received by and through

2　the Chapter 13 Plan in accordance with the Trustee's regular payment schedules and interest

3　calculations. The Trustee shall also be entitled to his statutory fees regarding distributions.

4　　　　IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Order shall be

5　incorporated into the final Confirmation Order.

6　　　　DATED this _____ day of _____, 2005.

7

8　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY JUDGE

9

10　COPY of the foregoing mailed this
　　_22nd_ day of July, 2005, to:

11

12　James H. Norris
　　Anna M. West
　　724 N. 66th Place
13　Mesa, Arizona 85205
　　Debtors

14

15　Andrew Nemeth
　　3030 N. Third St., #1100
　　Phoenix, Arizona 85012
16　Attorney for Debtors

17　Russell A. Brown
　　P.O. Box 33970
18　Phoenix, Arizona 85067
　　Trustee

19

20　/s/ Cathy C. Bohnsack

21

22

23

24

25

26

F3068.0738 BNFY 620498v1　　　　　　　　-2-