Andrew S. Nemeth (015509)
**PHILLIPS & ASSOCIATES**
3030 North Third Street, Suite 1100
Phoenix, Arizona 85012
Tel: (602) 258-8900
Fax: (602) 230-2027
eMail: anemeth@phillipslaw.ws

Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| In Re: | Chapter 13 |
|---|---|
| JAMES H. NORRIS and ANNA M. WEST, Debtors. | Case No. 2-05-bk-12254-GBN <br> **AMENDED SCHEDULES I AND J** |

I <u>JAMES H. NORRIS</u> and I <u>ANNA M. WEST</u> do hereby certify and declare under penalty of perjury that the attached Amended Schedules I and J, consisting of four sheets, are true and correct to the best of my knowledge.

DATE: October 17, 2005

/s/ JHN 4869  *[signature]*
James H. Norris

/s/ AMW 2832  *[signature]*
Anna M. West

Form B6I
(12/03)

In re  **JAMES H. NORRIS**
      **ANNA M. WEST** _____   Case No. **2:05-bk-12254-GBN**
                     Debtor(s)

# SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE ||
|---|---|---|
| Married | RELATIONSHIP<br>None. | AGE |

| EMPLOYMENT | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | RETIRED | ACADEMIC ADVISING, SR. |
| Name of Employer |  | ARIZONA STATE UNIVERSITY |
| How long employed |  | 17 YEARS |
| Address of Employer |  | P.O. BOX 871905<br>TEMPE, AZ 85287-1905 |

| INCOME: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ 0.00 | $ 1,855.34 |
| Estimated monthly overtime | $ 0.00 | $ 0.00 |
| SUBTOTAL | $ 0.00 | $ 1,855.34 |
| LESS PAYROLL DEDUCTIONS |  |  |
| a. Payroll taxes and social security | $ 0.00 | $ 371.24 |
| b. Insurance | $ 0.00 | $ 68.60 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify)  See Detailed Income Attachment | $ 0.00 | $ 151.92 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 591.76 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 1,263.58 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| Income from real property | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| Social security or other government assistance |  |  |
| (Specify)  SOCIAL SECURITY INCOME | $ 682.00 | $ 0.00 |
| VA DISABILITY | $ 108.00 | $ 0.00 |
| Pension or retirement income | $ 1,055.50 | $ 0.00 |
| Other monthly income |  |  |
| (Specify) | $ 0.00 | $ 0.00 |
|  | $ 0.00 | $ 0.00 |
| TOTAL MONTHLY INCOME | $ 1,845.50 | $ 1,263.58 |
| TOTAL COMBINED MONTHLY INCOME | $ 3,109.08 | (Report also on Summary of Schedules) |

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:
    CO-DEBTOR ANNA M. WEST'S DOCTOR, MICHAEL WADE, M.D., DIRECTED HER TO REDUCE HER HOURS AND STRESS AT WORK, THEREFORE, DECREASING THE DISPOSABLE INCOME AVAILABLE TO FUND A CHAPTER 13 PLAN.

Form B6I
(12/03)

In re **JAMES H. NORRIS**
**ANNA M. WEST**
Debtor(s)

Case No. **2:05-bk-12254-GBN**

## SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED
### Detailed Income Attachment

**Other Payroll Deductions:**

| | | |
|---|---:|---:|
| MANDATORY RETIREMENT | $ 0.00 | $ 127.92 |
| PARKING | $ 0.00 | $ 20.00 |
| UNITED WAY | $ 0.00 | $ 4.00 |
| Total Other Payroll Deductions | $ 0.00 | $ 151.92 |

In re JAMES H. NORRIS  
ANNA M. WEST  
Debtor(s)

Case No. 2:05-bk-12254-GBN

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 990.00 |
| Are real estate taxes included? Yes **X** No ___ | |
| Is property insurance included? Yes **X** No ___ | |
| Utilities: Electricity and heating fuel | $ 200.00 |
| Water and sewer | $ 55.00 |
| Telephone | $ 50.00 |
| Other   See Detailed Expense Attachment | $ 105.00 |
| Home maintenance (repairs and upkeep) | $ 75.00 |
| Food | $ 400.00 |
| Clothing | $ 100.00 |
| Laundry and dry cleaning | $ 25.00 |
| Medical and dental expenses | $ 100.00 |
| Transportation (not including car payments) | $ 480.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 100.00 |
| Charitable contributions | $ 10.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
| Homeowner's or renter's | $ 0.00 |
| Life | $ 17.33 |
| Health | $ 0.00 |
| Auto | $ 128.00 |
| Other | $ 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify) | $ 0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | |
| Auto | $ 0.00 |
| Other   **2ND MORTGAGE** | $ 287.00 |
| Other | $ 0.00 |
| Other | $ 0.00 |
| Alimony, maintenance, and support paid to others | $ 0.00 |
| Payments for support of additional dependents not living at your home | $ 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| Other   **MISCELLANEOUS / CONTINGENT EXPENSES** | $ 90.00 |
| Other | $ 0.00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ 3,212.33 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]  
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---:|
| A. Total projected monthly income | $ N/A |
| B. Total projected monthly expenses | $ N/A |
| C. Excess income (A minus B) | $ N/A |
| D. Total amount to be paid into plan each _____ (interval) | $ N/A |

In re  JAMES H. NORRIS
       ANNA M. WEST                                            Case No.  2:05-bk-12254-GBN
                                       Debtor(s)

## SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | |
|---|---|
| CELL PHONE | $ 70.00 |
| CABLE | $ 35.00 |
| **Total Other Utility Expenditures** | $ 105.00 |