**Andrew S. Nemeth (015509)**
**PHILLIPS & ASSOCIATES**
3030 North Third Street, Suite 1100
Phoenix, Arizona 85012
Tel: (602) 258-8900
Fax: (602) 230-2027
eMail: anemeth@phillipslaw.ws

Attorneys for Debtors

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>JAMES H. NORRIS and<br>ANNA M. WEST,<br><br>Debtors. | Chapter 13<br><br>Case No.  2-05-bk-12254-GBN<br><br>**NOTICE OF CONVERSION FROM CHAPTER 13 TO CHAPTER 7** |

COME NOW the Debtors,  by and through counsel undersigned, and hereby give notice to the Court and the Chapter 13 Trustee assigned to this case of the conversion of this case to a case under Chapter 7 of the Bankruptcy Code (Title 11 of the United States Code).

In support of the conversion of this case and in accordance with Section 1307(a), the Debtors aver that this case has not been previously converted under Sections 706, 1112, or 1208, and that the Debtors have an absolute right to convert this case to Chapter 7 of the Bankruptcy Code.

DATE: October 17, 2005

PHILLIPS & ASSOCIATES

By: /s/ ASN 015509
Andrew S. Nemeth
3030 N. Third St. #1100
Phoenix, AZ 85012
Attorneys for Debtor(s)

Reviewed and approved by:

/s/ JHN 4869
James H. Norris

/s/ AMW 2832
Anna M. West