1  **Andrew S. Nemeth (015509)**
   **PHILLIPS & ASSOCIATES**
2  3030 North Third Street, Suite 1100
   Phoenix, Arizona 85012
3  Tel: (602) 258-8900
   Fax: (602) 230-2027
4  eMail: anemeth@phillipslaw.ws

5  Attorneys for Debtors

6               **UNITED STATES BANKRUPTCY COURT**

7                       **DISTRICT OF ARIZONA**

8  In Re:                              Chapter 7

9  JAMES H. NORRIS and                 Case No. 2-05-bk-12254-GBN
   ANNA M. WEST,
10                                     **SCHEDULE OF UNPAID DEBTS IN**
                                       **A CONVERTED CASE**
11 Debtors.

12 ☐      I JAMES H. NORRIS and I ANNA M. WEST do hereby certify and declare under

13 penalty of perjury that the attached list of unpaid debts in a converted case consisting of one sheet

14 is true and correct to the best of my knowledge.

15

16 ☒      I JAMES H. NORRIS and I ANNA M. WEST do hereby certify and declare under

17 penalty of perjury that I have incurred no unpaid debts since the filing of the instant case under

18 Chapter 13 of the Bankruptcy Code and, therefore, no sheets are attached.

19

20 DATE:  October 17, 2005

21

22 /s/ JHN 4869  _James Norris_          /s/ AMW 2832  _Anna M. West_
   James H. Norris                      Anna M. West
23

24

25

26

27

28

                                       -1-