Official Form 8
(12/03)

# United States Bankruptcy Court
### District of Arizona - Phoenix Division

In re: JAMES H. NORRIS
ANNA M. WEST
Debtor(s)

Case No. 2:05-bk-12254-GBN
Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

   *a. Property to Be Surrendered.*

   | | Description of Property | Creditor's name |
   |---|---|---|
   | 1. | 2004 CHEVROLET IMPALA<br>MILEAGE: 28,000 | FRANKLIN CAPITAL CORP. |

   *b. Property to Be Retained*     *[Check any applicable statement.]*

   | | Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
   |---|---|---|---|---|---|
   | 1. | SINGLE FAMILY RESIDENCE AT: 724 N. 66TH PLACE, MESA, AZ 85205 | ACCREDITED HOME LENDERS, INC. | | Debtor will retain collateral and continue to make regular payments. | |
   | 2. | 2002 FORD FOCUS MILEAGE: 28,000 | FORD MOTOR CREDIT COMPANY | | Debtor will retain collateral and continue to make regular payments. | |
   | 3. | SINGLE FAMILY RESIDENCE AT: 724 N. 66TH PLACE, MESA, AZ 85205 | MORTGAGE LENDERS NETWORK USA, INC. | | Debtor will retain collateral and continue to make regular payments. | |

In re  JAMES H. NORRIS
ANNA M. WEST
Debtor(s)

Case No. **2:05-bk-12254-GBN**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

Date 10/17/05     Signature *James Norris*
JAMES H. NORRIS
Debtor

Date 10/17/05     Signature *Anna M. West*
ANNA M. WEST
Joint Debtor