**Andrew S. Nemeth (015509)**
**PHILLIPS & ASSOCIATES**
3030 North Third Street, Suite 1100
Phoenix, Arizona 85012
Tel: (602) 258-8900
Fax: (602) 230-2027
eMail: anemeth@phillipslaw.ws

Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| In Re: | Chapter 7 |
|---|---|
| JAMES H. NORRIS and ANNA M. WEST, Debtors. | Case No. 2-05-bk-12254-GBN **CERTIFICATE OF SERVICE** |

I Andrew S. Nemeth hereby certify under penalty of perjury that I am over the age of 18, and that on October 31, 2005, I served via regular U.S. Mail, postage prepaid, true and correct copies of the following documents:

1. Schedule of Unpaid Debts in a Converted Case; and

2. Individual Debtor's Statement of Intention;

on the following parties:

Jill H. Ford
Chapter 7 Bankruptcy Panel Trustee
P.O. Box 5845
Carefree, AZ 85337

United States Trustee
230 N. First Ave. #204
Phoenix, AZ 85003-1706

DATE:   October 31, 2005          /s/ ASN 015509
                                  Andrew S. Nemeth
                                  3030 N. Third St. #1100
                                  Phoenix, AZ 85012