| | |
|---|---|
| **SHAPIRO & KREISMAN, L.L.P.**<br>3300 N. Central Avenue, #2200<br>Phoenix, Arizona 85012<br>(602) 222-5711<br>(602) 222-5701 Facsimile<br>AZNotices@logs.com e-mail<br>Jason P. Sherman, Bar #019999<br>Attorney for Mortgage Electronic<br>Registration Systems, Inc. as nominee<br>for Chase Home Finance LLC, as<br>servicing agent<br>[FILE 08-5021 ADV] | |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>ANNA WEST AND JAMES NORRIS,<br><br>      Debtors.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR CHASE HOME FINANCE LLC, AS SERVICING AGENT, its assigns and / or successors-in-interest,<br>      Movant,<br>v.<br><br>ANNA WEST AND JAMES NORRIS,<br>Jill H Ford, Trustee,<br>      Respondents. | Case # 2-05-12254-GBN<br><br>Chapter 7 Proceedings<br><br>**NOTICE OF FILING OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND NOTICE OF REQUIREMENT TO FILE AN ANSWER**<br><br>Re: Real Property located at<br>724 North 66th Place<br>Mesa, AZ 85205 |

      **NOTICE IS GIVEN** that the undersigned attorney represents the Movant and has filed a motion requesting relief from the automatic stay the details of which are as follows: Movant is the holder of a Note secured by a Deed of Trust recorded against certain real property described below. Movant is seeking relief from the automatic stay to foreclose its Deed of Trust, due to default in payment on the Note.

      **Legal Description**:
      LOT 3, DREAMLAND VILLA EIGHTEEN, ACCORDING TO BOOK 204 OF MAPS, PAGE 15, RECORDS OF MARICOPA COUNTY, ARIZONA.

| | |
|---|---|
| 1 | |
| | **Property Address**: 724 North 66th Place, Mesa, AZ 85205 |
| 2 | |
| | For further particulars, please see the Motion on file |
| 3 | with the clerk of the U.S. Bankruptcy Court in Arizona. General |
| | questions regarding this bankruptcy case should be addressed to |
| 4 | the attorney for the DEBTOR, if any, at the address listed on |
| | the bankruptcy petition filed with the clerk of the U.S. |
| 5 | Bankruptcy Court in Arizona. Do not direct general inquiries to |
| | our office. |
| 6 | |
| | **FURTHER, NOTICE IS GIVEN** that pursuant to Local |
| 7 | Bankruptcy Rule 4001 if no written objection is filed with the |
| | Court and a copy served on the attorney for Movant whose address |
| 8 | is shown at the upper left corner of this document **WITHIN 15 DAYS** of service of the motion, the motion for relief from the |
| 9 | automatic stay may be granted without further notice or hearing. Only those parties filing objections will receive notice of any |
| 10 | hearings on this matter. |
| 11 | DATED this 7 day of November, 2005. |
| 12 | |
| 13 | /s/ JPS Bar #019999<br>Jason P. Sherman<br>Attorney for CHASE |
| 14 | |
| 15 | **CERTIFICATE OF SERVICE** |
| 16 | I hereby certify that 7 copies of the foregoing were |
| 17 | mailed this 7 day of November, 2005 to all interested parties and creditors as shown on the master mailing list attached to the original filed with the court. |
| 18 | |
| 19 | By /s/ JPS Bar #019999 |
| 20 | The original, with copy of the master mailing list attached, was filed this 7 day of November, 2005 with: |
| 21 | |
| 22 | United States Bankruptcy Court<br>230 N. First Ave., Suite 101<br>Phoenix, AZ 85003-1706 |
| 23 | |
| 24 | |

```
 1  Copy of the foregoing was mailed
    this 7 day of November, 2005 to:
 2
    Chapter 7 Trustee:
 3  Jill H Ford
    PO BOX 5845
 4  Carefree, AZ 85377

 5  Attorney for Debtors:
    Andrew S. Nemeth, Esq.
 6  3030 N. 3rd Street #1100
    Phoenix, AZ 85012
 7
    Debtors:
 8  Anna West and James Norris
    724 North 66th Place
 9  Mesa, AZ 85205

10
    By /s/ JPS Bar #019999
11
```

NOTICE OF FILING MOTION FOR RELIEF FROM STAY    PAGE 3    CASE # 2-05-12254-GBN