```
 1  SHAPIRO & KREISMAN, L.L.P.
    3300 N. Central Avenue, #2200
 2  Phoenix, Arizona 85012
    (602) 222-5711
 3  (602) 222-5701 Facsimile
    AZNotices@logs.com e-mail
 4  Jason P. Sherman, Bar #019999
    Attorney for Mortgage Electronic
 5  Registration Systems, Inc. as nominee
    for Chase Home Finance LLC, as
 6  servicing agent
    [FILE 08-5021 ADV]
 7
```

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case # 2-05-12254-GBN |
| ANNA WEST AND JAMES NORRIS, | Chapter 7 Proceedings |
| Debtors. | |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR CHASE HOME FINANCE LLC, AS SERVICING AGENT, its assigns and / or successors-in-interest, | **ATTORNEY'S CERTIFICATE OF SERVICE AND NO OBJECTION** |
| Movant, | |
| v. | |
| ANNA WEST AND JAMES NORRIS, Jill H Ford, Trustee, | |
| Respondents. | |

```
STATE OF ARIZONA        }
                        }   s.s.
COUNTY OF MARICOPA      }
```

Jason P. Sherman, having been first duly sworn upon his oath, deposes and says:

I am the attorney of record for Mortgage Electronic Registration Systems, Inc. as nominee for Chase Home Finance LLC, as servicing agent in this matter.

On the 7th day of November, 2005, I caused to be deposited in the United States mail at Phoenix, Arizona, in sealed envelopes with postage thereon prepaid, the following:

1. A copy of the Notice of Filing of Motion for Relief From the Automatic Stay and Requirement to File an Answer to the creditors and interested parties known or believed to have an interest in the subject Property as listed on the master mailing list attached hereto as Exhibit A; and

2. A copy of the Motion for Relief From the Automatic Stay, Notice of Filing of Motion for Relief and Requirement to File an Answer, and a copy of the proposed form of Order Lifting the Automatic Stay to the following parties:

Debtors:
Anna West and James Norris
724 North 66th Place
Mesa, AZ 85205

Attorney for Debtors:
Andrew S. Nemeth, Esq.
3030 N. 3rd Street #1100
Phoenix, AZ 85012

Chapter 7 Trustee:
Jill H Ford
PO BOX 5845
Carefree, AZ 85377

No objections or responsive pleadings have been received as of this 1 day of December, 2005.

I hereby declare under penalty of perjury that the foregoing is true.

/s/ JPS Bar #019999
Jason P. Sherman
Attorney for Chase Manhattan Mortgage

Original filed this 1 day
of December, 2005 with:

United States Bankruptcy Court
230 N. First Ave., Suite 101
Phoenix, AZ 85003-1706

Copy of the foregoing was mailed
this 1 day of December, 2005 to:

Chapter 7 Trustee:
Jill H Ford
PO BOX 5845
Carefree, AZ 85377

Attorney for Debtors:
Andrew S. Nemeth, Esq.
3030 N. 3rd Street #1100
Phoenix, AZ 85012

By /s/ JPS Bar #019999