**IT IS SO ORDERED.**

Dated: December 02, 2005

_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**

---

**SHAPIRO & KREISMAN, L.L.P.**
3300 N. Central Avenue, #2200
Phoenix, Arizona 85012
(602) 222-5711
(602) 222-5701 Facsimile
AZNotices@logs.com e-mail
Jason P. Sherman, Bar #019999
Attorney for Mortgage Electronic Registration Systems, Inc. as nominee for Chase Home Finance LLC, as servicing agent
[FILE 08-5021 ADV]

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | Case # 2-05-12254-GBN |
| ANNA WEST AND JAMES NORRIS, | Chapter 7 Proceedings |
| Debtors. | |
| Mortgage Electronic Registration Systems, Inc. as nominee for Chase Home Finance LLC, as servicing agent, its assignees and / or successors in interest, | **ORDER LIFTING THE AUTOMATIC STAY** Re: Real Property located at 724 North 66th Place Mesa, AZ 85205 |
| Movant, | |
| v. | |
| ANNA WEST AND JAMES NORRIS, Debtors, and Chapter 7 Trustee Jill H Ford, | |
| Respondents. | |

The court finds that a Motion for Relief From the Automatic Stay and a Notice of Filing of the Motion have been filed with the Court and served upon interested parties in the above captioned matter by Mortgage Electronic Registration Systems, Inc. as nominee for Chase Home Finance LLC, as



GRANTED

---

ORDER LIFTING AUTOMATIC STAY    PAGE 1    CASE # 2-05-12254-GBN

Case 2:05-bk-12254-GBN   Doc 28   Filed 12/02/05   Entered 12/05/05 09:03:26   Desc
Main Document    Page 1 of 2

servicing agent, ("CHASE"), and that good cause exists to grant the Motion for Relief;

**THEREFORE, IT IS ORDERED:**

1. CHASE, its assignees or successors-in-interest, is hereby granted relief from the automatic stay imposed under 11 U.S.C. § 362 with reference to the real property generally described as 724 North 66th Place, Mesa, AZ 85205 and legally described as:

> LOT 3, DREAMLAND VILLA EIGHTEEN, ACCORDING TO BOOK 204 OF MAPS, PAGE 15, RECORDS OF MARICOPA COUNTY, ARIZONA..

CHASE may begin or continue foreclosure proceedings following applicable law and / or enforce any contract or state law remedies it has against said real property.

2. Should Debtors fail to vacate the Property following foreclosure, CHASE may pursue any legal remedies in state court to remove the Debtors from the Property.

3. Unless and until otherwise ordered, the Automatic Stay imposed against CHASE shall remain lifted under this and any other chapter of the Bankruptcy Code to which this case may convert.

DATED: _____

_____
George B. Nielsen, Jr.
U. S. Bankruptcy Court Judge

GRANTED