United States Bankruptcy Court
FOR THE DISTRICT OF ARIZONA
Final Report and Account

Page 1

In RE: JAMES H. NORRIS

Case Number 05-12254-GBN

SS #: xxx-xx-4869   xxx-xx-2832

Plan Filed: 7/6/2005   Plan Not Confirmed   Case Converted to Chapter 7: 11/14/2005

JAMES H. NORRIS
ANNA M. WEST
724 N. 66TH PLACE
MESA AZ 85205

$2,200.00

| Creditor Name | Class | Debt | Principal Paid | Interest Paid | Unpaid Amt |
|---|---|---|---|---|---|
| FORD MOTOR CREDIT | Sec | 315.00 | 315.00 | | $0.00 |
| PHILLIPS & ASSOCIATES | Leg | 0.00 | | | $0.00 |
| JAMES H. NORRIS | Dbt | 0.00 | 1,761.80 | | $0.00 |
| RUSSELL A. BROWN | Tru | 123.20 | 123.20 | | $0.00 |

|  | Secured | Priority | Unsecured | Admin | Attorney | Debtor | Trustee |
|---|---|---|---|---|---|---|---|
| Total Debt | $315.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,761.80 | $123.20 |
| Total Paid | $315.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,761.80 | $0.00 |
| Total Int Pd | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 |
| Balance Due | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $123.20 |

Total Paid $2,200.00

Dated: 3/7/2006

/s/ Russell A. Brown
Chapter 13 Trustee